# TEXAS COURT OF APPEALS, THIRD DISTRICT, AT AUSTIN

## JUDGMENT RENDERED JULY 25, 2019

## NO. 03-18-00296-CR

**Juan Francisco Zamarron, Appellant**

**v.**

**The State of Texas, Appellee**

## APPEAL FROM COUNTY COURT AT LAW NO. 8 OF TRAVIS COUNTY
## BEFORE JUSTICES GOODWIN, BAKER, AND KELLY
## AFFIRMED -- OPINION BY JUSTICE KELLY

This is an appeal from the judgment of community supervision signed by the trial court. Having reviewed the record, the Court holds that there was no reversible error in the judgment. Therefore, the Court affirms the trial court's judgment of community supervision. Because appellant is indigent and unable to pay costs, no adjudication of costs is made.